IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARY ANN PARKER      )  | |
|     Plaintiff,     ) | |
|                      ) | |
| v.                   ) | Civil Action No.: 2:21-cv-00374-RDP |
|                      ) | |
| UH33-OU23 LTD,       ) | |
|     Defendant.    ) | |

## **MOTION TO WITHDRAW**

The undersigned counsel, Scot Clinton, respectfully moves the Court to allow him to withdraw as counsel of record for Defendant, UH33-OU23 LTD. Defendant will continue to be represented by counsel of record, Rebecca A. Young, of Wilson Elser Moskowitz Edelman & Dicker, LLP.

Respectfully submitted this the 13th day of July, 2021.

/s/ Scot Clinton
SCOT CLINTON

**OF COUNSEL:**
WILSON CRIBBS & GOREN
2500 Fannin Street
Houston, TX 77002
(713) 222-9000
sclinton@wcglaw.com

256444647v.1

## **CERTIFICATE OF SERVICE**

      I certify that on this the 13th day of July, 2021, the foregoing has been electronically filed utilizing the Court's CM/ECF system, which will send electronic notification to the following counsel of record:

John Allen Fulmer, III
FULMER LAW FIRM, P.C.
2330 Highland Ave. S
Birmingham, AL 35205
(205) 703-4892
jaf@jafulmerlaw.com

Rebecca A. Young
WILSON ELSER MOSKOWITZ
 EDELMAN & DICKER, LLP
1500 Urban Center Drive Suite 450
Vestavia Hills, AL 35242
(205)709-8990 Main
rebecca.young@wilsonelser.com

                                              /s/ Scot Clinton
                                              OF COUNSEL