# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORHTERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **MARY ANN PARKER,** individually, | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) |
| **UH33-OU23 LTD,** a Texas limited partnership, | ) ) ) |
| **Defendant.** | ) ) |

Civil Action No. 2:21-cv-00374-RDP

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that all claims pending in this matter have been resolved to the satisfaction of Plaintiff and Defendant. Plaintiff hereby respectfully requests that this Court allow eight (8) days, until October 22, 2021, within which to finalize the settlement, during which time Plaintiff requests that the Court retain jurisdiction over this matter until fully resolved. Should Plaintiff not move to reinstate the case or seek other Court intervention upon the elapse of said eight (8) days, Plaintiff requests the Court dismiss the case with prejudice as to Defendant at that time.

Respectfully submitted this 14th day of October 2021.

*/s/John Allen Fulmer II*
John Allen Fulmer II
Alabama State Bar No. ASB-1089-O42F
Attorney for Plaintiff

**OF COUNSEL:**
Fulmer Law Firm, P.C.
2330 Highland Ave S
Birmingham, AL 35213
(205) 703-4892
jaf@jafulmerlaw.com

## CERTIFICATE OF SERVICE

I certify that on this the 14th day of October, 2021, the foregoing has been electronically filed utilizing the Court's CM/ECF system, which will send electronic notification to counsel of record for the defendant.

/s/*John Allen Fulmer*