# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **MARY ANN PARKER,** | } |
| **Plaintiff,** | } |
| v. | }  Case No.:  2:21-CV-374-RDP |
| **UH33-OU23 LTD,** | } |
| **Defendant.** | } |

## ORDER OF DISMISSAL

The court, having been informed that a settlement has been reached, **DISMISSES** this case **WITHOUT PREJUDICE**.  The court shall retain jurisdiction over this matter for the sole purpose of enforcing the settlement reached by the parties.

The parties are **DIRECTED** to submit a joint stipulation of dismissal once all settlement documentation is complete, but not later than eight (8) days from the entry date of this Order, at which time the court will dismiss this matter with prejudice.

**DONE** and **ORDERED** this October 14, 2021.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE