IN THE UNITED STATES DISTRICT COURT
FOR THE NORHTERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARY ANN PARKER, individually, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 2:21-cv-00374-RDP |
| UH33-OU23 LTD, a Texas limited partnership, | ) ) ) | |
| Defendant. | ) | |

## **JOINT STIPULATION FOR DISMISSAL**

The parties state that this case has been settled and stipulate to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 25th day of October, 2021.

/s/Rebecca A. Young
Rebecca A. Young (ASB-9967-C49C)
*Attorney for Defendant*
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
1500 Urban Center Drive, Ste 450
Birmingham, AL 35242
(205) 709-8990
rebecca.young@wilsonelser.com

/s/ John Allen Fulmer II (w/permission)
John Allen Fulmer II (ASB-1089-O42F)
*Attorney for Plaintiff*
FULMER LAW FIRM, P.C.
2330 Highland Ave S
Birmingham, AL 35205
(205) 703-4892
jaf@jafulmerlaw.com