# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| MARY ANN PARKER, | }<br>} |
| Plaintiff, | }<br>} |
| v. | } Case No.: 2:21-CV-374-RDP<br>} |
| UH33-OU23 LTD, | }<br>} |
| Defendant. | } |

## CLERK'S COURT MINUTE ENTRY
## DISMISSAL PURSUANT TO STIPULATION OF PARTIES[1]

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have jointly stipulated to dismissal of this action with prejudice. (Doc. # 34).

Costs taxed as **PAID**.

This case was closed on October 14, 2021 and remains **CLOSED**.

**DATED: October 26, 2021**.

SHARON N. HARRIS, CLERK

By: _/s/ Kevin Lightner_
Deputy Clerk

---

[1] On October 14, 2021, the court entered its order dismissing this case without prejudice, pending the completion of all settlement documentation between the parties.